US MAGISTRATE JUDGE CHERYL L. POLLAK   DATE: 6/5/12

TIME SPENT: _____

DOCKET NO. 12 cv 945

CASE: Felix v City

☑ INITIAL CONFERENCE           ___ OTHER/STATUS CONFERENCE
___ DISCOVERY CONFERENCE        ___ FINAL/PRETRIAL CONFERENCE
___ SETTLEMENT CONFERENCE       ___ TELEPHONE CONFERENCE
___ MOTION HEARING              ___ ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

☑ COMPLETED                    _____ DATE TO BE COMPLETED BY

**FOR PLAINTIFF:** _____

**FOR DEFENDANT:** _____

___ DISCOVERY TO BE COMPLETED BY _____

___ NEXT CONFERENCE SCHEDULED FOR _____

___ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____    DEF. TO SERVE PL. BY: _____

**RULINGS:** Parties to respond to written discovery by 7/9
Pl. to convey settlement demand
Conference 7/26 at 1100